## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Kimble, Vanessa

Printed: 10/29/08

Case Number:  05 B 14961

Judge:  Wedoff, Eugene R

Filed:  4/18/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed:  July 3, 2008

Confirmed:  June 2, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 14,437.00 |  |
| Secured: |  | 8,704.30 |
| Unsecured: |  | 2,283.33 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 748.37 |
| Other Funds: |  | 1.00 |
| Totals: | 14,437.00 | 14,437.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 2,700.00 | 2,700.00 |
| 2. | Triad Financial Services | Secured | 8,704.30 | 8,704.30 |
| 3. | Resurgent Capital Services | Unsecured | 496.00 | 610.34 |
| 4. | ECast Settlement Corp | Unsecured | 23.41 | 28.81 |
| 5. | Resurgent Capital Services | Unsecured | 83.12 | 102.27 |
| 6. | Triad Financial Services | Unsecured | 1,253.07 | 1,541.91 |
| 7. | American Medical Collection | Unsecured |  | No Claim Filed |
| 8. | Memorial Hospital | Unsecured |  | No Claim Filed |
| 9. | CMRE Financial Svcs | Unsecured |  | No Claim Filed |
| 10. | Louis A Weiss Memorial Hosp | Unsecured |  | No Claim Filed |
| 11. | SBC | Unsecured |  | No Claim Filed |
| 12. | Vanguard Health Services | Unsecured |  | No Claim Filed |
|  |  |  | $ 13,259.90 | $ 13,687.63 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 36.12 |
| 5.5% | 198.50 |
| 5% | 60.15 |
| 4.8% | 115.48 |
| 5.4% | 258.98 |
| 6.5% | 79.14 |
|  | $ 748.37 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Kimble, Vanessa

Printed: 10/29/08

Case Number:  05 B 14961

Judge:  Wedoff, Eugene R

Filed:  4/18/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

